No. 77–1481. WEEKS ET AL. *v.* SIMPSON. C. A. 8th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST would grant certiorari.

No. 78–971. UNITED STATES *v.* STEVIE ET AL. C. A. 8th Cir. Motion of respondent Robert C. Stevie for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.